

Order Filed on January 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| RAS Citron, LLC<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>(973) 575-0707<br>Attorneys for Secured Creditor<br><br>Laura M. Egerman (LE-8250) | CASE NO.: 15-31386-VFP<br><br>CHAPTER 13<br><br>HEARING DATE: December 21, 2017<br><br>JUDGE: Vincent F. Papalia |
| **In Re:**<br><br>**ALICE K WHITE,**<br><br>         **Debtor.** | |

| |
|---|
| Recommended Local Form:    ☒ Followed    ☐ Modified |

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: January 10, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page **2**
Debtors: Alice K White
Case No.: 15-31386-VFP
Caption of Order: **Order Vacating Stay**
_____

Upon the motion of REVERSE MORTGAGE SOLUTIONS, INC., AS SERVICER FOR BANK OF AMERICA, N.A., ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☑ Real property more fully described as:

**245 Walnut Avenue, Cranford, NJ 07016**

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.