Order Filed on January 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| RAS Citron, LLC<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>(973) 575-0707<br>Attorneys for Secured Creditor<br><br>Laura M. Egerman (LE-8250) |
| **In Re:**<br><br>**ALICE K WHITE,**<br><br>    **Debtor.** |

CASE NO.: 15-31386-VFP

CHAPTER 13

HEARING DATE: December 21, 2017

JUDGE: Vincent F. Papalia

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: January 10, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page **2**
Debtors:      Alice K White
Case No.:     15-31386-VFP
Caption of Order:  **Order Vacating Stay**

___

Upon the motion of REVERSE MORTGAGE SOLUTIONS, INC., AS SERVICER FOR BANK OF AMERICA, N.A., ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☑ Real property more fully described as:

**245 Walnut Avenue, Cranford, NJ 07016**

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 15-31386-VFP
Alice K White                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1            Date Rcvd: Jan 10, 2018
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2018.
db             +Alice K White,    245 Walnut Ave,    Cranford, NJ 07016-2930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2018 at the address(es) listed below:
        Benjamin Jamie Ginter    on behalf of Debtor Alice K White gintr316@aol.com
        Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
         dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Francesca Ann Arcure    on behalf of Creditor   Toyota Motor Credit Corporation, as servicing
         agent for Toyota Lease Trust nj_ecf_notices@buckleymadole.com,   NJ_ECF_Notices@McCalla.com
        Laura M. Egerman    on behalf of Creditor   BANK OF AMERICA, N.A. bkyecf@rasflaw.com,
         bkyecf@rasflaw.com;legerman@rasnj.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        R. A. Lebron    on behalf of Creditor   REVERSE MORTGAGE SOLUTIONS, INC., as servicer for BANK OF
         AMERICA, N.A. bankruptcy@feinsuch.com
                                                                                                                                 TOTAL: 6