Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 15−31386−VFP
    Chapter: 13
    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alice K White
   245 Walnut Ave
   Cranford, NJ 07016

Social Security No.:
   xxx−xx−4132

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/20/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 20, 2018
JAN: mcp

                          Jeanne Naughton
                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 15-31386-VFP
Alice K White                                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Feb 20, 2018
                              Form ID: 148             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2018.
db             +Alice K White,    245 Walnut Ave,     Cranford, NJ 07016-2930
cr             +BANK OF AMERICA, N.A.,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
cr             +Robertson, Anschutz & Schneid, P.L.,    Bankruptcy Department,    6409 Congress Ave,   Suite 100,
                 Boca Raton, FL 33487-2853
cr             +Toyota Motor Credit Corporation, as servicing agen,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
515848605      +Assetmax,    Po Box 190191,    South Richmond Hill, NY 11419-0191
515848606      +Atlantic Health,    Po Box 220,    99 Beauvior Ave,    Summit, NJ 07901-3533
515848607      +B&B Collections,    Po Box 2137,    Toms River, NJ 08754-2137
516804353      +BANK OF AMERICA, N.A,    C/O,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,    BANKRUPTCY DEPARTMENT,
                 6409 CONGRESS AVE SUITE 100,    BOCA RATON, FL 33487-2853
516473222      +Bank of America, N.A.,    Robertson, Anshutz, Schneid, P.L.,    6409 Congress Avenue., Suite 100,
                 Boca Raton, FL 33487-2853
515848609      +Rahway Emegency Medical,    Po Box 749,    Livingston, NJ 07039-0749
515848610      +Rms,   5010 Linbar Drive, Suite 100,    Nashville, TN 37211-5064
515848612      +Shiel Medical Lab,    63 Flushing Ave, Unit 336,    Brooklyn, NY 11205-1083
515848613      +Summit Radiological,    Po Box 460,    Summit, NJ 07902-0460
515973550      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO BOX 9013,
                 Addison, TX 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2018 23:25:18      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2018 23:25:17      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515848608      +E-mail/Text: banko@berkscredit.com Feb 20 2018 23:25:04      Berks Credit,    Po Box 329,
                 Temple, PA 19560-0329
515848614       EDI: TFSR.COM Feb 20 2018 23:08:00      Toyota Financial Services,    Po Box 5855,
                 Carol Stream, IL  60197
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515848611     ##+Rms,   2727 Spring Creek Drive,    Spring, TX 77373-6130
                                                                                            TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
              Benjamin Jamie Ginter    on behalf of Debtor Alice K White gintr316@aol.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation, as servicing
               agent for Toyota Lease Trust nj_ecf_notices@buckleymadole.com,    NJ_ECF_Notices@McCalla.com
              Laura M. Egerman    on behalf of Creditor    BANK OF AMERICA, N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg    magecf@magtrustee.com

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Feb 20, 2018
                               Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          R. A. Lebron    on behalf of Creditor    REVERSE MORTGAGE SOLUTIONS, INC., as servicer for BANK OF AMERICA, N.A. bankruptcy@feinsuch.com

                                                          TOTAL: 6